

# IN THE
# TENTH COURT OF APPEALS

## No. 10-13-00058-CR

**THOMAS DUANE BLANCHARD,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 272nd District Court**
**Brazos County, Texas**
**Trial Court No. 12-02861-CRF-272**

## ABATEMENT ORDER

We have received a notice from counsel for appellant informing us that he has filed a motion to withdraw in the trial court as counsel for appellant due to pro se filings by appellant in this Court and conflicting instructions from appellant on how he wishes to proceed in this appeal.

We note that the *Anders* brief referenced in counsel's motion to withdraw as appellate counsel has not yet been received in this Court.

Accordingly, we abate this appeal so that the trial court has full authority to conduct any necessary hearings and make any necessary rulings, including but not limited to whether appellant wishes to continue with his appeal, within 30 days of the date of this Order.

The supplemental clerk's and reporter's records required by the rule, if any, are ordered to be filed within 45 days of the date of this Order. *See id.*

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal abated
Order issued and filed August 15, 2013